FILED

10/06/2017

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 11-0244

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## AF 11-0244

FILED

OCT 06 2017

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN RE THE RULES FOR ADMISSION
TO THE BAR OF MONTANA

O R D E R

In July 2017, this Court adopted temporary amendments to Rule 104 of the Montana Board of Bar Examiners' Rules as an interim means to accommodate examinees who are breastfeeding. We invited comments on the amendments and received several. The Court extends its thanks to the Board of Bar Examiners for its review of the issue and to all those who took the time to offer input on the proposal.

After review and consideration of the comments to the temporary amendments, at a public meeting on October 3, 2017, the Court determined that minor changes to the interim rule are in order.

IT IS NOW ORDERED that the attached Montana Board of Bar Examiners' Rules, including a new subsection F to Rule 104, are ADOPTED, effective immediately.

A copy of this Order and the attached rule shall be posted on the Court's website. In addition, the Clerk is directed to provide copies of this Order and attachment to the Executive Director and the Bar Admissions administrator of the State Bar of Montana with the request that they be posted on the State Bar's website; to the Chair of the Board of Bar Examiners; to Dean Paul Kirgis of the Alexander Blewett III School of Law; to the State Law Library; to Todd Everts, Connie Dixon, and Molly Peterson at Montana Legislative Services Division; to Helene Haapala and Scott Moe at Thomson Reuters; and to Robert Roy and Patti Glueckert at LexisNexis.

Dated this 7 day of October, 2017.

Chief Justice